# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darrell Beauford Ellis, | No. CV-25-00493-TUC-JCH (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| PennyMac Loan Services LLC, | |
| Defendant. | |

Before the Court is Magistrate Judge Jacqueline M Rateau's Report and Recommendation ("R&R") (Doc. 39) on Defendant PennyMac Loan Services LLC's ("Defendant" or "PennyMac") Motion to Dismiss Plaintiff Darrell Beuford Ellis's First Amended Complaint ("FAC") (Doc. 32). Magistrate Judge Rateau recommends granting Defendant's Motion and dismissing Plaintiff's FAC with leave to amend. (Doc. 39.) Neither party objects to the R&R. (*See generally* Docket.)

A district court reviews objected-to portions of an R&R de novo. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Failure to timely object may be considered a waiver of a party's right to de novo consideration of the issues. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The Court reviews for clear error any unobjected-to portions of the R&R. *See Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After independent review, the Court is satisfied that Magistrate Judge Rateau's recommendation is sound. The Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED adopting in full** the R&R (Doc. 39).

**IT IS FURTHER ORDERED granting** Defendant's Motion to Dismiss (Doc. 32).

**IT IS FURTHER ORDERED dismissing** the First Amended Complaint (Doc. 31). Count I is dismissed without prejudice and Counts II-III are dismissed with prejudice. Plaintiff has 21 days from the date this Order is filed to file an amended complaint.

**IT IS FURTHER ORDERED** that if Plaintiff fails to file an amended petition within 21 days, the Clerk of Court must enter a judgment of dismissal of this action, without prejudice and without further notice to Plaintiff and deny any pending unrelated motions as moot.

Dated this 26th day of June, 2026.

John C. Hinderaker
United States District Judge

- 2 -